# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. THOMAS M. COPPOLA

FILED

Docket No. 3:02CR00321(AHN)

2005 AUG 30 P 3:46

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

U.S. DISTRICT COURT
BRIDGEPORT, CONN

COMES NOW, Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Thomas M. Coppola who was sentenced to 3 months imprisonment for a violation of 18 U.S.C.§ 1623 by the Honorable Alan H. Nevas, Senior U.S. District Judge, sitting in the court in Bridgeport, Connecticut, on January 23, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows:

1) The defendant shall serve the first three months in home confinement with electronic monitoring; 2) The defendant shall participate in mental health treatment, inpatient or outpatient, as approved by the U.S. Probation Office; 3) The defendant shall not engage in any illegal gambling activity nor any legal gambling activity and is prohibited from entering in any gambling establishments within the state of Connecticut or outside the state of Connecticut; and 4) The defendant shall pay a fine of $5,000.

Thomas M. Coppola commenced supervised release on August 29, 2003.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Urinalysis conducted on August 2, 2005, tested positive for cocaine use.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse treatment, either inpatient or outpatient, which will include testing. The defendant shall pay all or a portion of the cost of treatment, based on her ability to pay, in an amount to be determined by the probation office.

Counsel for the defendant has been notified and concurs. A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**

Considered and ordered this 15 day of Aug., 2005 and ordered filed and made a part of the records in the above case.

The Honorable Alan H. Nevas
Senior United States District Judge

Respectfully Submitted,

Sandra L. Hunt
United States Probation Officer

Place: New Haven, Connecticut

Date: 8/10/05